## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:
ROY GREEN                                    CASE NO: 6:15-bk-07006
LORRAINE GREEN                               CHAPTER 13
Debtor(s)
_____/

## CHAPTER 13 PAYMENT PLAN

COMES NOW, the Debtor(s) and file this Chapter 13 Plan. The projected disposable income(s) of the Debtor(s) are submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

### Plan Payments

| Payment Number by Months | Amount of Monthly Payment |
|---|---|
| 1 - 60 | $2,700.00 |

The Debtor(s) shall mail a **Money Order** or **Cashier's Check** to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103; with the Debtor(s) name and case number indicated clearly thereon and by the due dates for payments as set for the above.

### PAYMENT OF CLAIMS THROUGH THE PLAN

### Priority Claims

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Priority Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| Debtor's Attorney (Balance of Fees) | $2,500.00 | $100.00 | 1 - 25 |
| Debtor's Attorney (Monitoring Fees) | $2,750.00 | $50.00 | 6 – 60 |
| Internal Revenue Service | $19,300.00 | $300.00 | 1 – 5 |
| | | $260.00 | 6 – 25 |
| | | $360.00 | 26 - 60 |

## Secured Claims

| Secured Creditor (Claim) | Claim Amount | Payment Amount | Payment Month |
|---|---|---|---|
| Caliber Homes | $274,886.00 | $1,980.00 | 1 – 60 |

## Secured GAP Payment

| | Claim Amount | Payment Amount | Payment Month |
|---|---|---|---|
| Caliber Homes | $1,980.00 | $33.00 | 1 - 60 |

| Secured Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|

## Property to Be Surrendered

Creditors have 90 days from confirmation to file any deficiency claims; otherwise, the property is deemed to have been surrendered in full satisfaction of the debt owing. The Stay is lifted to any secured creditor whose property is being surrendered upon confirmation.

## Valuation of Security/Mortgages to be Valued/Stripped

| Name of Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| GM Financial | $16,405.00 | None | |

## Executory Contracts

**The following Executory Contracts are assumed:** None
**The following Executory Contracts are rejected:** None

**Unsecured Creditors** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Approximate percentage: **2% ($27,671.00)**

## OTHER PROVISION REGARDING INCOME TAX REFUNDS, INCOME TAX RETURNS, AND/OR INCREASED INCOME

The Debtor(s) are required to turnover any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s) general unsecured creditors for the duration of this case. The Debtor(s) shall mail any and all tax refunds to the Chapter 13 Standing Trustee's payment address: Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee. **The Debtor(s) shall endorse the back of the refund checks with their name and the words "made payable to Laurie K. Weatherford, Trustee".**

The Debtor(s) are required to provide the Chapter 13 Trustee with copies of all income tax returns filed each year and for the duration of this case. The Debtor(s) shall mail a copy of the returns for each year on or before April 30th, to the Law Offices of Walter F. Benenati Credit Attorney, P.A., and to the Chapter 13 Trustee at the address of Post Office Box 3450, Winter Park, FL 32790.

The Debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case. Proofs of payment of all post-petition taxes are required.

If the Debtor(s) income increases during the pendency of this Chapter 13 Case, the Debtor(s) must commit the excess disposable income to the Plan for the benefit of the Debtor's creditors.

## DECLARATION

I/We, **Roy & Lorraine Green**, Debtor(s) in the above styled case, declare under penalty of perjury, that I have read the forgoing Chapter 13 Plan and that it is true and correct to the best of my knowledge, information, and belief.

_8/14/15_  
DATE

_Roy Green_  
ROY GREEN

_8/14/15_  
DATE

_Lorraine Green_  
LORRAINE GREEN

_8/14/15_  
DATE

/s/ WALTER F. BENENATI  
WALTER F. BENENATI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Chapter 13 Plan has been served on _____August 17, 2015_____, either by electronic transmission or by United States first class postage prepaid to all addresses on the clerk's mailing list.

/s/ WALTER F. BENENATI
Walter F. Benenati
Florida Bar No. 46679
Law Offices of Walter F. Benenati
Credit Attorney, P.A.
105 E. Robinson Street Suite 302
Orlando, Florida 32801
(407) 236-7171
(407) 236-7667
Email: wfb@wfblawfirm.com
Attorney for Debtor(s)


Case 6:15-bk-07006-CCJ   Doc 4   Filed 08/14/15   Page 5 of 6

```
Label Matrix for local noticing        Lorraine Green                         Roy Green
113A-6                                  4014 Gallagher Loop                    4014 Gallagher Loop
Case 6:15-bk-07006                      Casselberry, FL 32707-6321             Casselberry, FL 32707-6321
Middle District of Florida
Orlando
Fri Aug 14 15:19:07 EDT 2015

American Express                        Bay Area Credit Service                Caliber Home Loans, In
Po Box 3001                             PO Box 467600                          715 S. Metropolitan Ave
16 General Warren Blvd                  Atlanta, GA 31146-7600                 Oklahoma City, OK 73108-2088
Malvern, PA 19355-1245


Capital One                             Chase Card                             Comenity Bank/Dress Barn
Attn: Bankruptcy                        Po Box 15298                           Attention: Bankruptcy
Po Box 30285                            Wilmington, DE 19850-5298              P.O. Box 182686
Salt Lake City, UT 84130-0285                                                  Columbus, OH 43218-2686


Comenity Bank/King Sizes                Comenity Bank/cathrins                 Comenity Bank/lnbryant
Attention: Bankruptcy                   4590 E Broad St                        4590 E Broad St
Po Box 182125                           Columbus, OH 43213-1301                Columbus, OH 43213-1301
Columbus, OH 43218-2125


Comenity Capital Bank/HSN               Credit Collections Svc                 Credit First/CFNA
Attn: Bankruptcy                        Po Box 773                             Bk13 Credit Operations
Po Box 183043                           Needham, MA 02494-0918                 Po Box 818011
Columbus, OH 43218-3043                                                        Cleveland, OH 44181-8011


Credit One Bank                         (p)DELL FINANCIAL SERVICES             Dsnb Bloomingdales
Po Box 98873                            P O BOX 81577                          Macy's Bankruptcy Dept.
Las Vegas, NV 89193-8873                AUSTIN TX 78708-1577                   Po Box 8053
                                                                               Mason, OH 45040-8053


Dsnb Macys                              First Federal Credit C                 Florida Department of Revenue
Po Box 8218                             24700 Chagrin Blvd Ste 2               Bankruptcy Unit
Mason, OH 45040-8218                    Cleveland, OH 44122-5662               Post Office Box 6668
                                                                               Tallahassee FL 32314-6668


Florida Hosp Med Center                 Florida Hospital Medical               Gemb/walmart
Patient Financial Services              PO Box 538600                          Attn: Bankruptcy
Post Office Box 538800                  Orlando, FL 32853-8600                 Po Box 103104
Orlando, FL 32853-8800                                                         Roswell, GA 30076-9104


Gm Financial                            (p)GOLD KEY CREDIT INC                 Internal Revenue Service
Po Box 181145                           PO BOX 15670                           Insolvency Division
Arlington, TX 76096-1145                BROOKSVILLE FL 34604-0122              PO Box 7346
                                                                               Philadelphia, PA 19101-7346


Internal Revenue Service                Navient                                Prime Acceptance Corp
Post Office Box 7346                    Po Box 9500                            200 West Jackson St.
Philadelphia PA 19101-7346              Wilkes Barre, PA 18773-9500            Suite 710
                                                                               Chicago, IL 60606-6941
```

| | | |
|---|---|---|
| Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | syncb/qvc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Target Credit Card (TC)<br>C/O Financial & Retail Serv<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | United Consumer Fin Serv<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | Webbank/fingerhut<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303-0820 |
| Wfdillards<br>Credit Bureau Disp<br>Des Moines, IA 50306 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Walter F Benenati +<br>Walter F Benenati, Credit Attorney PA<br>105 E Robinson Street<br>Suite 302<br>Orlando, FL 32801-1622 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| | | |
|---|---|---|
| Dell Financial Services<br>Bankrupcty<br>Po Box 81577<br>Austin, TX 78708 | Goldkey Cred<br>P O Box 15670<br>Brooksville, FL 34604 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients    0<br>Total                  39 |